Argued and submitted February 29, reversed and remanded for reconsideration March 27, 1996

In the Matter of the Compensation of
Richard R. Elizondo, Claimant.

SAIF CORPORATION
and Coliseum Texaco,
*Petitioners,*

*v.*

Richard R. ELIZONDO,
*Respondent.*

(WCB No. 92-06556; CA A80129)

914 P2d 35

Julene M. Quinn, Special Assistant Attorney General, argued the cause for petitioners. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Andrew H. Josephson waived appearance for respondent.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Windom v. Dodge Logging,* 139 Or App 130, 910 P2d 1175 (1996); *Volk v. America West Airlines,* 135 Or App 565, 899 P2d 746 (1995), *rev den* 322 Or 645 (1996).